Michael T. Sullivan (MS 3158)
Andrew T. Solomon (AS 9200)
SULLIVAN & WORCESTER LLP
1290 Avenue of the Americas, 29th Floor
New York, New York 10104
(212) 660-3000

*Attorneys for defendant Credit Suisse Group AG*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ALKI PARTNERS, L.P. and ALKI FUND, LTD.,   :
                                           :
                        Plaintiffs,        :
                                           :   09 Civ. 8125 (DAB)
        -against-                          :
                                           :
VATAS HOLDING GMBH, LARS WINDHORST,        :
PETER A. OGRISEK, SAPINDA INTERNATIONAL    :   **NOTICE OF MOTION**
LTD., ROBERT B. HERSOV, CREDIT SUISSE      :
GROUP AG, and FREDERIC RUIZ,               :
                                           :
                        Defendants.        :
-----------------------------------------------------------------X

      PLEASE TAKE NOTICE that, upon the accompanying memorandum of law and all prior pleadings, defendant Credit Suisse Group AG hereby moves this Court, before Hon. Deborah A. Batts, in Courtroom 24B at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, for an order, pursuant to Fed. Rules Civ. P. 12(b)(1) and 12(b)(6) dismissing the complaint and granting any such relief as this Court deems just and proper.

Dated: New York, New York             SULLIVAN & WORCESTER LLP
       February 1, 2010

                                          By:/s/ _____
                                              Michael T. Sullivan (MTS 3158)
                                              Andrew T. Solomon (AS 9200)
                                              1290 Avenue of the Americas – 29th Floor
                                              New York, New York  10104
                                              (212) 660-3000
                                              *Attorneys for defendant Credit Suisse Group AG*