Stuart A. Krause
Michael E. Sims
ZEICHNER ELLMAN & KRAUSE LLP
575 Lexington Avenue
New York, New York 10022
(212) 223-0400

Attorneys for Defendant Frederic Ruiz

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALKI PARTNERS, L.P. and ALKI FUND, LTD., <br><br>                              Plaintiffs, <br><br> - against - <br><br> VATAS HOLDING GMBH, LARS WINDHORST, PETER A. OGRISEK, SAPINDA INTERNATIONAL LTD., ROBERT B. HERSOV, CREDIT SUISSE GROUP AG, AND and FREDERIC RUIZ <br><br>                              Defendant. | Case No.: 09 CV 8125 (DAB) <br><br> **NOTICE OF MOTION** |

TAKE NOTICE that upon the Declaration of Stuart A. Krause dated February 1, 2010, the accompanying Memorandum of Law, the Memorandum of Points and Authorities of defendant Credit Suisse Group AG, and upon all prior pleadings and proceedings had herein, defendant Frederic Ruiz, by its undersigned counsel, will move this Court before the Honorable Deborah A. Batts, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, Room 2510, New York, New York, for an order dismissing plaintiffs' complaint, pursuant to Rules 12(b)(1), 12(b)(2), 12(b)(6) and 9(b) of the Federal Rules of Civil Procedure, and granting such other and further relief as the Court may deem just and proper.

TAKE FURTHER NOTICE that opposition papers, if any, are to be served upon the undersigned within fourteen days of service of this motion.

Dated:    New York, New York
            February 1, 2010

                                      ZEICHNER ELLMAN & KRAUSE LLP

                                      By: _____
                                            Stuart A. Krause
                                            Michael E. Sims
                                            Attorneys for Defendant
                                              Frederic Ruiz
                                            575 Lexington Avenue
                                            New York, New York  10022
                                            (212) 223-0400

TO:    Martin H. Kaplan
        GUSRAE, KAPLAN, BRUNO
          & NUSBAUM PLLC
        Attorneys for Plaintiffs
        120 Wall Street, 11th Floor
        New York, New York 10005

        Michael T. Sullivan
        SULLIVAN & WORCESTER LLP
        Attorneys for Defendant
          Credit Suisse Group AG
        1290 Avenue of the Americas, 29th Floor
        New York, New York 10104

        James A. Beha
        ALLEGAERT BERGER & VOGEL LLP
        Attorneys for Defendants
          Lars Windhorst, Peter A. Ogrisek, Sapinda
          International, Ltd., and Robert B. Hersov
        111 Broadway, 20th Floor
        New York, New York 10006