Christopher Allegaert
ALLEGAERT BERGER & VOGEL LLP
111 Broadway, 20th Floor
New York, New York 10006
(212) 571-0550

Attorneys for Defendants Lars Windhorst,
Peter A. Ogrisek, Robert B. Hersov and
Sapinda International Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ALKI PARTNERS, L.P. and ALKI FUND, LTD.,       :
                                                :
                        Plaintiffs,             :
                                                :
              -against-                         :    09 CIV 8125 (DAB)
                                                :
VATAS HOLDING GMBH, LARS                        :    **DECLARATION OF**
WINDHORST, PETER A. OGRISEK, SAPINDA            :    **CHRISTOPHER ALLEGAERT**
INTERNATIONAL LTD., ROBERT B. HERSOV,           :
CREDIT SUISSE GROUP AG, and FREDERIC            :
RUIZ,                                           :
                                                :
                        Defendants.             :
----------------------------------------------------------------X

Christopher Allegaert, a member of the bar of this Court, declares as follows:

1.      I am a partner of Allegaert Berger & Vogel LLP, counsel to defendants Lars Windhorst, Peter A. Ogrisek, Robert B. Hersov and Sapinda International Ltd. (together, the "Moving Defendants"). I make this declaration in support of the Moving Defendants' motion to dismiss plaintiffs' First Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(2), 12(b)(6) and 9(b).

2.      Attached hereto as Exhibit 1 is a "HEADS OF TERMS FOR SETTLEMENT" executed on or about February 28, 2008 by Vatas Holding GmbH ("Vatas"),

Alki Capital Management, LLC ("Alki Capital"), Alki Partners LP ("Alki Partners") and Alki Fund Ltd. ("Alki Fund"), provided to me by our clients.

3. Attached hereto as Exhibit 2 is a "HEADS OF TERMS FOR SETTLEMENT" executed on or about May 9, 2008 by Vatas, Alki Capital, Alki Partners and Alki Fund, provided to me by our clients.

4. Attached hereto as Exhibit 3 is a "PURCHASE AND SETTLEMENT AGREEMENT" executed on or about June 10, 2008 by Vatas, Alki Capital, Alki Partners and Alki Fund, provided to me by our clients.

5. Attached hereto as Exhibit 4 is a copy (and a certified English translation) of the decision dated March 31, 2009, by the insolvency court in Berlin-Charlottenberg, Republic of Germany, to open an insolvency proceeding, No. 36v IN 264/09, regarding VATAS Holding GmbH (the "Decision"). The Decision appoints Rüdiger Wienberg, Esq. to serve as the insolvency administrator and advises potential creditors of VATAS to file claims in the insolvency proceeding by June 26, 2009.

Pursuant to 28 U. S. C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       March 9, 2010

                                                          /s/ Christopher Allegaert
                                                          Christopher Allegaert