**Exhibit 3**

Staatsanwaltschaft Berlin                    Berlin, den 29. Januar 2009

                                             Turmstraße 91, 10559 Berlin
**4 Wi Js 18/09**                            Fernruf: 90 14 – 3401

An das
Landgericht Berlin
- Wirtschaftsstrafkammer -

# A n k l a g e s c h r i f t

| | |
|---|---|
| Bl. 5 – 6 Bd. 31 d. A. | 1. Der Geschäftsführer Lars **Windhorst**, geboren am 22. November 1976 in Rahden, wohnhaft: Brahmsstraße 5, 14193 Berlin, Deutscher, ledig, |
| Bl. 37 Bd. 2 d. A. | <u>Verteidiger:</u>  Rechtsanwalt Robert Unger, Fasanenstraße 72, 10719 Berlin, |
| Bl. 7 – 8, 130 Bd. 31 d. A. | |
| Bl. 55 Bd. 2 d. A. | |

CONFIDENTIAL
REDACTED

- Auskünfte aus dem Bundeszentralregister sind beigefügt -

werden  **a n g e k l a g t**,

- 2 -