```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ALKI PARTNERS, L.P. and ALKI FUND, LTD.,

                    Plaintiffs,

-against-

VATAS HOLDING GMBH, LARS
WINDHORST, PETER A. OGRISEK,
SAPINDA INTERNATIONAL LTD., ROBERT
B. HERSOV, CREDIT SUISSE GROUP AG,
and FREDERIC RUIZ,

                    Defendants.
----------------------------------------------------------X

09 CIVIL 8125 (DAB)

**JUDGMENT**

Defendants having moved to dismiss the complaint, and the matter having come before the Honorable Deborah A. Batts, United States District Judge, and the Court, on February 17, 2011, having rendered its Memorandum and Order granting defendants' motion to dismiss the complaint, dismissing all of plaintiffs' claims with prejudice as to all defendants, denying leave to amend the complaint, and the Court is declining to exercise supplemental jurisdiction over plaintiffs' state law claims, and dismissing those claims without prejudice as to all defendants' it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated February 17, 2011, defendants' motion to dismiss the complaint is granted; plaintiffs' federal claims are dismissed with prejudice as to all defendants; leave to amend the complaint is denied, and the Court declines to exercise supplemental jurisdiction over plaintiffs' state law claims, and those claims are dismissed without prejudice as to all defendants; accordingly, the case is closed.

**Dated:** New York, New York
          February 19, 2011

RUBY J. KRAJICK

BY: _____
Clerk of Court

_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____