UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------X
                                                :   09 Civ. 8125 (DAB)
ALKI PARTNERS, L.P. and ALKI FUND, LTD.,        :
                                                :
                    Plaintiffs,                 :
                                                :
    - against -                                 :   **NOTICE OF**
                                                :   **APPEAL**
VATAS HOLDING GMBH, LARS WINDHORST,             :
PETER A. OGRISEK, SAPINDA INTERNATIONAL         :
LTD., ROBERT B. HERSOV, CREDIT SUISSE           :
GROUP AG, and FREDERIC RUIZ,                    :
                                                :
                    Defendants.                 :
                                                :
------------------------------------------------X

NOTICE IS HEREBY GIVEN that plaintiffs Alki Partners, L.P. and Alki Fund, Ltd. hereby appeal to the United States Court of Appeals for the Second Circuit from the Judgment entered in this action on February 18, 2011 (Docket No. 47).

Dated: New York, New York
       March 17, 2011

                                    **GUSRAE, KAPLAN, BRUNO &**
                                    **NUSBAUM PLLC**

                                    By: _____
                                        Brian D. Graifman (BG5636)
                                        *Attorneys for the Plaintiffs*
                                        120 Wall Street
                                        New York, NY 10005
                                        212-269-1400
                                        bgraifman@gkblaw.com